UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEGASUS DENIZCILIK A.S.,                :    07 Civ. 8646

              Plaintiff,          :    ECF CASE

- against -                                     :

FILOMEY BUSINESS LTD.,                  :

              Defendant.          :
------------------------------------------------------------X

*JUDGE KEENAN*

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: October 5, 2007
      New York, NY

                                                    The Plaintiff,
                                                    PEGASUS DENIZCILIK A.S.

                                          By: _____
                                                   Kevin J. Lennon
                                                   Charles E. Murphy

                                                   LENNON, MURPHY & LENNON LLC
                                                   The GrayBar Building
                                                   420 Lexington Avenue, Suite 300
                                                   New York, NY 10170
                                                   (212) 490-6050 - phone
                                                   (212) 490-6070 - facsimile
                                                   *kjl@lenmur.com*
                                                   *cem@lenmur.com*