CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Defendant,
Filomey Business Ltd.
366 Main Street
Port Washington, New York 110050
Telephone:   516-767-3600
Telefax:        516-767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| PEGASUS DENIZCILIK A.S., | : |
| | : |
| Plaintiff, | 07 CV 8646 (JFK) |
| - against - | NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. |
| FILOMEY BUSINESS LTD., | E(8) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND |
| Defendant. | <u>MARITIME CLAIMS</u> |

------------------------------------------------------------x

   PLEASE TAKE NOTICE, that Chalos, O'Connor & Duffy LLP has been retained by the Defendant, FILOMEY BUSINESS LTD., to represent said Defendant in the above-entitled action, and Chalos, O'Connor & Duffy LLP hereby demands that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Chalos, O'Connor & Duffy LLP at its office as listed below.

   PLEASE TAKE FURTHER NOTICE, that Defendant FILOMEY BUSINESS LTD., by its attorneys, Chalos, O'Connor & Duffy LLP, hereby enters a restricted appearance on behalf of said Defendant pursuant to Rule E(8), of the Fed. R. Civ. P. Supplementary Rules for Admiralty and Maritime Claims solely to defend against the alleged admiralty and maritime claim asserted by Plaintiff PEGASUS DENIZCILIK A.S. with respect to money, funds and

EFT payments restrained by garnishees named in the Process of Maritime Attachment and Garnishment issued in this matter and any other or supplemental garnishees who may restrain the property of Defendant FILOMEY BUSINESS LTD. and as to which there has issued Process of Maritime Attachment and Garnishment.

Dated: Port Washington, New York
       January 16, 2008

By:    CHALOS O'CONNOR & DUFFY, LLP
Attorneys for Defendant
FILOMEY BUSINESS LTD.

*[signature]*

George E. Murray (GM-4172)
Owen F. Duffy (OD-3144)
366 Main Street
Port Washington, New York 11050
Tel:    516-767-3600
Telefax: 516-767-3605
Email: ofd@codus-law.com

To:    Via ECF
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

To:    Via ECF and hand
Lennon Murphy & Lennon, LLC
The Graybar Building
420 Lexington Avenue
Suite 300
New York, NY 10170
Tel.: 212-490-6070

    Attn:    Charles E. Murphy, Esq.
            Kevin J. Lennon, Esq.