UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PEGASUS DENIZCILIK A.S.,                     :        07 Civ. 8646 (JFK)

              Plaintiff:                :

    - against -                              :

FILOMEY BUSINESS LTD.,                       :

            Defendant.                :
-------------------------------------------------------------X

**DECLARATION OF KEVIN J. LENNON**
**IN SUPPORT OF PLAINTIFF'S REQUEST FOR**
**CLERK'S CERTIFICATE AND ENTRY OF DEFAULT**

    Kevin J. Lennon, declares under penalty of perjury of the laws of the United States of America as follows:

    1.    I am a partner in the firm of Lennon, Murphy & Lennon, LLC, counsel to the Plaintiff herein, PEGASUS DENIZCILIK A.S. (hereinafter "Plaintiff"). I have personal knowledge of the matters stated herein. I submit this Declaration in Support of Plaintiff's Request for a Certificate of Default against Defendant, FILOMEY BUSINESS LTD. (hereinafter "Defendant").

    2.    I certify that neither Defendant, the parties against whom a notation of default is sought, is an infant, in the military, or an incompetent person.

    3.    I further certify that while Defendant has entered a limited appearance that it has otherwise failed to plead or otherwise defend itself within this action although it has been served with process and Plaintiff has also attached Defendant's property in the District and provided notice thereof as per Local Rule B.2.

    4.    Defendant has made a limited appearance with the Court.

5.     Defendant has contacted our office to discuss resolution of this case through New York based counsel Owen Duffy of the firm Chalos, O'Connor & Duffy . However, the case has not settled and Plaintiff is desirous of progressing the case to resolution.

6.     I also certify that the pleadings to which no formal response has been made, particularly the Summons, Verified Complaint, Affidavit in Support of Prayer for Attachment, Rule 7.1 Disclosure Statement, Ex Parte Order, and Process of Maritime Attachment and Garnishment have been properly served on Defendant by DHL international courier on or about October 24, 2007. *See Notice of Attachment and  DHL Confirmation Sheet annexed hereto as Exhibit "1."*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 15, 2008.

Kevin J. Lennon

# EXHIBIT 1

## LENNON, MURPHY & LENNON, LLC – *Attorneys at Law*

| | | |
|---|---|---|
| The GrayBar Building | Patrick F. Lennon - *pfl@lenmur.com* | Tide Mill Landing |
| 420 Lexington Ave., Suite 300 | Charles E. Murphy – *cem@lenmur.com* | 2425 Post Road |
| New York, NY 10170 | Kevin J. Lennon – *kjl@lenmur.com* | Southport, CT 06890 |
| *phone* (212) 490-6050 | Nancy R. Peterson - *nrp@lenmur.com* | *phone* (203) 256-8600 |
| *fax* (212) 490-6070 | | *fax* (203) 256-8615 |

October 24, 2007

***VIA Express Courier***
Filomey Business Ltd.
Akara Building, 24 De Castro Street
Wickhams Cay 1, Road Town,
Tortola, British Virgin Islands

**Re:    Pegasus Denizcilik A.S v. Filomey Business Ltd.**
      Docket Number: **07cv8646**
      Our Reference Number: 07-1245

Dear Sir or Madam:

      We represent the Plaintiff, Pegasus Denizcilik A.S, in the above referenced lawsuit. We write to advise you that pursuant to an ex parte order of maritime attachment and garnishment issued in the above referenced lawsuit, your property was attached on or about October 16, 2007 at The Bank of New York in the amounts of $72,659.4 and $10,000.

      Please not a Pre-trial Conference has been scheduled for January 3, 2008 in Courtroom 20-C at 9:45 a.m. We enclose a copy of the court Notice for the conference.

      Please find enclosed herein a copy of all pleadings filed in the above referenced lawsuit including, but not limited to, the Summons and Complaint. Please also find enclosed copies of the ExParte Order and Writ of Maritime Attachment and Garnishment as well as a copy of the Judge's rules. If you have any questions or concerns, please contact us at your convenience. This letter is sent pursuant to Local Rule B.2 of the Local Rules for the United States District Court for the Southern District of New York.

                        Kind regards,

                        Mary Fedorchak

/Enclosures

**Mary E. Fedorchak**

| | |
|---|---|
| **From:** | Worldwide_Express_Email_Notifier [support@wwexship.com] |
| **Sent:** | Tuesday, October 30, 2007 7:56 PM |
| **To:** | Mary E. Fedorchak; logs@wwexship.com |
| **Subject:** | Delivered_Shipments |

Our records indicate that the following shipment was delivered to:

FILOMEY BUSINESS LTD.
TORTOLA            ,        00000

Tracking Number:    8826081563
Account Number:     803172641
Shipment Reference:      1245
Shipment Description:    legal documents
Delivery Date/Time:      10/26/07 10:48
Signed/Released by:    A CASTILLO
Click here for more tracking info:
http://track.dhl-usa.com/atrknav.asp?ShipmentNumber=8826081563

1245



Create New International Shipment          View International Pending Shipments

| | |
|---|---|
| | Rate Estimate: 24.16 |
| **SENDER'S RECEIPT** | Protection: None Required    Amount: $0 |
| Airbill#: 8826081563 | Description: legal documents |
| To(Company): | Weight: Letter |
| Filomey Business Ltd. | Dimensions: 0 X 0 X 0 |
| Wickhams Cay1, Road Town | Ship Ref: 1245 |
| | Service Level: International Express |
| Tortola,British VI | (Est. delivery is within two business days of customs clearance) |
| VIRGIN IS BRITISH | Special Service: |
| Attention To: Sir or Madam | Date Printed: 2007-10-24 |
| Phone#: 203-256-8600 | Bill Shipment To: Sender |
| | Bill To Account: 803172641 |
| Sent By: Lennon, Murphy and Lennon | Ship Date: 2007-10-24 |
| Phone#: 203-256-8600 | |

DHL Signature (optional)_____ Route_____ Date_____ Time_____



For Tracking, please go to www.dhl-usa.com or call 1-800-CALL-DHL
Thank you for shipping with DHL Worldwide Express

# Certificate of Origin

The undersigned:

for:  LENNON MURPHY & LENNON
2425 POST ROAD
SUITE 301
SOUTHPORT, CT 06890

declares that the following mentioned goods shipped via: DHL CORPORATION

on the date:          10/24/2007 *(mm/dd/yyyy)*

cosigned to:  Filomey Business Ltd.
Akara Building, 24 De Castro Street
Wickhams Cay1, Road Town
Tortola, British VI null VIRGIN IS BRITISH
Sir or Madam   203-256-8600

are the product of the countries described below.

| Line | Description of Merchandise | HTS# | Country of Origin | Quantity | Unit |
|------|----------------------------|------|-------------------|----------|------|
| 1 | legal documents | | United States | 1 | EA |

Sworn before me this day:

_____                    _____
*(Day, Month, Year)*                           *(Day, Month, Year)*

_____                    _____
(Notary Signature)                             (Signature of Owner or Agent)

Close This Window

# Commercial Invoice

LENNON MURPHY & LENNON
2425 POST ROAD
SUITE 301
SOUTHPORT, CT 06890 US

| Shipper/Exporter:<br><br>LENNON MURPHY & LENNON<br>2425 POST ROAD<br>SUITE 301<br>SOUTHPORT, CT 06890 | Waybill Number:<br>8826081563 |
|---|---|
| | Export Date (dd/MMM/yyyy):<br>24/Oct/2007 |
| | Weight:<br>0(lb) |

| Receiver/Consignee:<br><br>Filomey Business Ltd.<br>1245<br>Akara Building, 24 De Castro Street<br>Wickhams Cay1, Road Town<br>Tortola, British VI VIRGIN IS BRITISH<br>203-256-8600 | Receiver Reference: | Shipper Reference:<br>1245 |
|---|---|---|
| | Country Of Ultimate Destination:<br>VIRGIN IS BRITISH | |
| | Exporting Carrier:<br>DHL Express Corporation | |
| Receiver Tax ID/VAT#: | Terms Of Trade: | |

| Line | Description of Merchandise | HTS# | Country of Origin | Quantity | Unit | Unit Value | Line Total |
|---|---|---|---|---|---|---|---|
| 1 | legal documents | | United States | 1 | EA | 1 | 1.0 |

| Package Marks: | Misc. charges: |
|---|---|

| Shipment Comments: | Invoice Total:   1.0 |
|---|---|

**These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.**

Signature: _____     Date: _____

Close this window

https://www.wwexship.com/wwxchange/PrintCommercialInvoice.jsp?id=8826081563     10/24/2007