UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PEGASUS DENIZCILIK A.S.,                :     07 CV 8646 (JFK)
                                        :
                   Plaintiff,           :     ECF CASE
     - against -                        :
                                        :     STIPULATION
FILOMEY BUSINESS LTD.,                  :     OF DISMISSAL
                                        :
                   Defendant.           :
-------------------------------------------------------X

WHEREAS, the parties have settled the claim described in the Plaintiff's Verified Complaint; and

WHEREAS the parties have stipulated as per Federal Rule of Civil Procedure 41 to the dismissal, with prejudice, of all claims asserted herein, without costs to either party.

**IT HEREBY ORDERED**, that this action now be dismissed with prejudice and without costs as to either party.

LENNON, MURPHY & LENNON, LLC
Attorneys for Plaintiff
PEGASUS DENIZCILIK A.S.

_____
Kevin J. Lennon
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – facsimile
kjl@lenmur.com

CHALOS, O'CONNOR & DUFFY
Attorneys for Defendant
FILOMEY BUSINESS LTD.,

_____
Owen Duffy    (od-3144)
366 Main Street
Port Washington, NY 11050
(516) 767-3600 – phone
(516) 767-3605 – facsimile
ofd@codus-law.com

**SO ORDERED:**

_____     5/19/08
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-19-08